**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                 **CASE NO. 4:10-cr-22-SPM/WCS-2**

**CECIL RAY GANT,**

    **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to the Report and Recommendation (doc. 33) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **CECIL RAY GANT**, to Counts One, Two, Three, and Six of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this <u>twenty-eighth</u> day of June, 2010.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Chief United States District Judge